IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Christopher Bombardiere, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

Plaza Motors, LLC, d/b/a Plaza Auto Mall,

    Defendant.

**ENDORSED ORDER**

Case No. 1:23-cv-08609-RER-SJB

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Christopher Bombardiere ("Plaintiff") and Defendant Plaza Motors, LLC, d/b/a Plaza Auto Mall ("Defendant") hereby stipulate that all claims alleged by Plaintiff against Defendant in the above-captioned matter are voluntarily dismissed without prejudice, and respectfully request that said dismissal automatically convert to a dismissal <u>with prejudice</u> as to Plaintiff's individual claims against Defendant within sixty (60) days hereof (the class allegations would remain dismissed without prejudice).

Dated: ~~May 22, 2024~~
June 5, 2024

So Stipulated and Respectfully submitted,

By: _____
Ross H. Schmierer, Esq.
KAZEROUNI LAW GROUP, APC
48 Wall Street, Suite 1100
New York, NY 10005
Phone: (800) 400-6808
Fax: (800) 520-5523
ross@kazlg.com

*Counsel for Plaintiff*

By: _____

1

Kenneth D. Friedman
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Telephone: (212) 830-7184
Email: KFriedman@manatt.com

*Attorneys for Defendant*

So Ordered: Date 6/6/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Court Clerk is respectfully directed to close the case.

2